NO. 07-12-00517-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
JANUARY 11, 2013
--------------------------------------------------------------------------------

 
 KISSTIN DIONE CAMPBELL, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;
 
 NO. 22,721-B; HONORABLE JOHN BOARD, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appearing pro se, appellant Kisstin Dione Campbell appeals her conviction for forgery by possession and resulting sentence of a fine and confinement for one year in a state jail. The trial court's certification of right of appeal states appellant made a plea-bargain agreement and has no right of appeal and appellant waived the right of appeal. By letter, we notified appellant her appeal was subject to dismissal unless by January 7, 2013, she furnished an amended certificate indicating a right of appeal or demonstrated other grounds for continuing the appeal. Appellant filed a response but did not include an amended certificate authorizing a right of appeal. Rather, she argued her court-appointed trial counsel rendered ineffective assistance. We find the absence of an amended certification demonstrating the right of appeal requires its dismissal. Accordingly, the appeal is dismissed. Tex. R. App. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules"); see Chavez v. State, 183 S.W.3d 675, 680 (Tex.Crim.App. 2006) (appellate court must dismiss prohibited appeal without further action).
 James T. Campbell
 Justice

Do not publish.